UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-CV-139-MOC

| | |
|---|---|
| **SANDRA DAVIS**, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER<br>) |
| **KILOLO KIJAKAZI**,<br>Acting Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Motion to Remand to the Social Security Administration for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 16). Plaintiff consents to the Motion. (Id.).

**IT IS, THEREFORE, ORDERED** that, pursuant to the power of this Court to enter a judgment reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), the Acting Commissioner's decision is **REVERSED** with a remand of the case to the Acting Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Finally, because the case is being remanded, Plaintiff's pending Motion for Summary Judgment, (Doc. No. 13), shall be terminated as **MOOT**.

Signed: March 18, 2022

Max O. Cogburn Jr.
United States District Judge